# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNEN L. MENEZES, | CASE NO. CV F 09-1221 LJO DLB |
| Plaintiff, | **ORDER TO REASSIGN MOTIONS ON SCOPE OF DISCOVERY AND STANDARD OF REVIEW** |
| vs. | (Docs. 16, 17.) |
| METROPOLITAN LIFE INSURANCE COMPANY, et al., | Date: January 8, 2010<br>Time: 9 a.m.<br>Dept.: 9 (DLB) |
| Defendants. | |

Given their non-dispositive nature, this Court REASSIGNS the parties' motions on scope of discovery and standard of review (docs. 16, 17) to U.S. Magistrate Judge Dennis L. Beck for determination. This Court RESETS the hearing on the motions for January 8, 2010 at 9 a.m. in Department 9 (DLB).

IT IS SO ORDERED.

**Dated:   December 3, 2009**                              /s/ Lawrence J. O'Neill
                                                                                  UNITED STATES DISTRICT JUDGE

1