James P. Wagoner, #058553
Marshall C. Whitney, #082952
Devon R. Darrow, #230539
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:     (559) 433-1300
Facsimile:      (559) 433-2300

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Plaintiff
SHANNEN L. MENEZES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA (FRESNO DIVISION)

| | |
|---|---|
| SHANNEN L. MENEZES, an individual<br><br>Plaintiff,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, a Delaware Corporation, CITIGROUP, INC.; a Delaware Corporation; GROUP UNIVERSAL LIFE PLAN; and DOES 1 to 10, inclusive<br><br>Defendant. | Case No.  09-CV-01221 LJO-DLB<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), SHANNEN MENEZES and METROPOLITAN LIFE INSURANCE COMPANY, CITIGROUP, INC. and GROUP UNIVERSAL LIFE PLAN hereby stipulate and agree that this action is hereby dismissed with prejudice.  Each party shall bear its own costs and expenses

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

STIPULATION OF DISMISSAL WITH PREJUDICE

| | |
|---|---|
| Dated: January 28, 2010 | McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP |

By:      /s/ Marshall C. Whitney
James P. Wagoner
Marshall C. Whitney
Devon R. Darrow
Attorneys for Plaintiff
SHANNEN L. MENEZES

| | |
|---|---|
| Dated: January 28, 2010 | BARGER & WOLEN |

By:      /s/ James C. Castle
James C. Castle
Attorneys for Defendants
METROPOLITAN LIFE INSURANCE COMPANY, CITIGROUP, INC.; and GROUP UNIVERSAL LIFE PLAN

IT IS HEREBY ORDERED:

Dated: January 29, 2010

/s/ Lawrence J. O'Neill
Judge Lawrence J. O'Neill
United States District Court for the
Eastern District of California

99800/00191-1506750.v1

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

2

STIPULATION OF DISMISSAL WITH PREJUDICE